IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-0321 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |
| LARON FORT, | |
| Defendant. / | |

    Mr. Laron Fort seems to be doing well on his supervised release. His request to be allowed to see his brother, Emile Fort, was held in abeyance pending a recommendation by the probation officer whether such a jail visit could be worked out under conditions to protect witness safety. Unfortunately, after reading the probation officer's report, the risk of attempted coded messages is too great and would place Laron Fort in a difficult position. Therefore, the request must be **DENIED** and the condition remains in effect.

    **IT IS SO ORDERED.**

Dated: October 2, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE